**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN HAMMONS et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:19cv2518 |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** ) | |
| ) | |
| **Defendants.** ) | |

**[PROPOSED] ORDER**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), and based on Plaintiffs' written submissions and sworn affidavits, it is hereby ORDERED that judgment be entered for Plaintiffs against Defendant the Islamic Republic of Iran as to liability. Plaintiffs shall hereby submit a status report to the Court, within fourteen (14) days of the entry of this Order, containing at least one suggestion for the appointment of an eligible special master to receive Plaintiffs' damages evidence and issue a recommendation to the Court on damages issues.

It is SO ORDERED.

Entered this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE