IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN HAMMONS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:19cv2518 (ACR) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is Plaintiffs' Expedited Motion to Adopt the Special Master's Report and Recommendation and for Entry of Final Judgment (the "Motion"). Dkt. 44. The Court **GRANTS** the Motion. The Court therefore

**ORDERS** that the Special Master's compensatory damages report is **ADOPTED** in full, without objection;

**ORDERS** that prejudgment interest be awarded as to Plaintiffs' claims for past economic damages, pain and suffering, and solatium in a manner consistent with the calculations provided in the Report;

**ORDERS** that punitive damages shall be entered against the Islamic Republic of Iran ("Iran") in the amount of 3.44 times the compensatory damages awarded to each Plaintiff. *See Estate of Bland v. Islamic Republic of Iran*, 831 F. Supp. 2d 150, 158 (D.D.C. 2011);

**ORDERS** that judgment is entered in favor of Plaintiffs against the Islamic Republic of Iran in the total amount of $838,876,484, of which $166,406,074 represents various measures of compensatory damages, $100,033,516 is prejudgment interest, and $572,436,895 is awarded as punitive damages; and

**ORDERS** that each individual Plaintiff is entitled to the following:

| Plaintiff Name | Compensatory Damages | Prejudgment Interest | Punitive Damages | Total |
|---|---|---|---|---|
| Andrew Babbitt | $6,000,000 | $3,668,514 | $20,640,000 | $30,308,514 |
| Ashley Gutierrez | $4,000,000 | $2,445,676 | $13,760,000 | $20,205,676 |
| Est. of Christi Garcia | $1,250,000 | $764,274 | $4,300,000 | $ 6,314,274 |
| Lee Babbitt III | $1,250,000 | $764,274 | $4,300,000 | $ 6,314,274 |
| M.A.B. | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| M.L.B. | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| O.R.B. | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| Sylvia Babbitt | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Ryan Buytenhuys | $7,868,434 | $4,810,910 | $27,067,413 | $ 39,746,757 |
| Adele Buytenhuys | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Cameron Buytenhuys | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Clinton Buytenhuys | $1,250,000 | $764,274 | $4,300,000 | $ 6,314,274 |
| Darroll Buytenhuys | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Evan Buytenhuys | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Sheldon Buytenhuys | $1,250,000 | $764,274 | $4,300,000 | $ 6,314,274 |
| Allen Cox | $6,556,096 | $3,443,353 | $22,552,970 | $ 32,552,419 |
| Ryan Hammons | $7,501,340 | $4,586,462 | $25,804,610 | $ 37,892,411 |
| Noree Hammons | $4,000,000 | $2,445,676 | $13,760,000 | $ 20,205,676 |
| James Duncan | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| William Harris | $9,868,735 | $4,888,783 | $33,948,448 | $ 48,705,966 |
| Andria Harris | $4,250,000 | $2,598,531 | $14,620,000 | $ 21,468,531 |
| Brandon Jones | $6,500,000 | $3,974,223 | $22,360,000 | $ 32,834,223 |
| Aaron Money | $7,000,000 | $4,279,933 | $24,080,000 | $ 35,359,933 |
| Rhett Money | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| Robert Nadeau II | $5,852,067 | $3,578,065 | $20,131,110 | $ 29,561,242 |
| Miranda Nadeau | $4,000,000 | $2,445,676 | $13,760,000 | $ 20,205,676 |
| A.L.N. | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Robert Nadeau | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| Taylor-Rae Simon | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| Derek Pleiman | $6,500,000 | $3,974,223 | $22,360,000 | $ 32,834,223 |
| Erica Pleiman | $4,250,000 | $2,598,531 | $14,620,000 | $ 21,468,531 |
| Dale Smith | $7,500,000 | $4,585,642 | $25,800,000 | $ 37,885,642 |
| Bianca Smith | $4,500,000 | $2,751,385 | $15,480,000 | $ 22,731,385 |
| Annie Smith | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |

| | | | | |
|---|---|---|---|---|
| Dale Smith, Sr. | $2,500,000 | $1,528,547 | $8,600,000 | $ 12,628,547 |
| Gabrielle Smith | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| I.M.S. | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| Nicola Cubie | $1,500,000 | $917,128 | $5,160,000 | $ 7,577,128 |
| Alysandra Smith | $2,750,000 | $1,681,402 | $9,460,000 | $ 13,891,402 |
| David Evans | $5,759,402 | $3,521,408 | $19,812,343 | $ 29,093,153 |
| Tashia Evans | $4,000,000 | $2,445,676 | $13,760,000 | $ 20,205,676 |
| Bradley Busby | $6,750,000 | $4,127,078 | $23,220,000 | $ 34,097,078 |

Claims on behalf of Haley Schweickert and Jenna Schweickert, for which the Court did not previously grant liability based on insufficient evidence, are hereby DISMISSED WITHOUT PREJUDICE. *See* Dkt. 38 at 3 n.4.

In addition to the amounts awarded above, the Court awards postjudgment interest at the statutory rate. This is a final and appealable Order.

IT IS SO ORDERED.

Entered this date: August 6, 2025    _____

                                                                    Ana C. Reyes
                                                                    UNITED STATES DISTRICT JUDGE